**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 08-6208**

—————————

HERBERT CHAVIS,

                    Petitioner - Appellant,

          v.

RICK JACKSON,

                    Respondent - Appellee.

—————————

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  William L. Osteen, Jr., District Judge.  (1:06-cv-00833-WO-RAE)

—————————

Submitted:  June 26, 2008              Decided:  July 1, 2008

—————————

Before KING and DUNCAN, Circuit Judges, and WILKINS, Senior Circuit Judge.

—————————

Dismissed by unpublished per curiam opinion.

—————————

Herbert Chavis, Appellant Pro Se.  Clarence Joe DelForge, III, Assistant Attorney General, Raleigh, North Carolina, for Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Herbert Chavis seeks to appeal the district court's order denying his application for a certificate of appealability to appeal from the district court's order accepting the recommendation of the magistrate judge and denying relief on Chavis' 28 U.S.C. § 2254 (2000) petition.  The order is not appealable unless a circuit justice or judge issues a certificate of appealability.  28 U.S.C. § 2253(c)(1) (2000).  A certificate of appealability will not issue absent "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2) (2000).  A prisoner satisfies this standard by demonstrating that reasonable jurists would find that any assessment of the constitutional claims by the district court is debatable or wrong and that any dispositive procedural ruling by the district court is likewise debatable.  Miller-El v. Cockrell, 537 U.S. 322, 336-38 (2003); Slack v. McDaniel, 529 U.S. 473, 484 (2000); Rose v. Lee, 252 F.3d 676, 683-84 (4th Cir. 2001).  We have independently reviewed the record and conclude that Chavis has not made the requisite showing.  Accordingly, we deny leave to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -